PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Brian Keith Crowe**

**Docket No. 0:00CR00121-001(RHK)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Brian Keith Crowe** who was sentenced for Felon in Possession of Firearm on November 27, 2000, by the Honorable Richard H. Kyle, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug and alcohol aftercare
- 30 hours of community service work

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance.

On April 15, 2005, the defendant submitted to a drug test which tested positive for THC and cocaine. The defendant admitted using marijuana but denied using cocaine. The drug specimen was sent to the lab and results are pending.

SPECIAL CONDITION #2: Defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On February 10, 2005, the defendant was instructed to report for drug testing. He failed to report as diredcted.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
APR 20 2005
U.S. DISTRICT COURT ST. PAUL

The defendant shall reside for a period of 60 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 20th day of April, 2005, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White by DMJ
Joan L. White
U.S. Probation Officer

Executed on April 19, 2005
Place Bemidji

c: United States Sentencing Commission