Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Brian Keith Crowe

Docket No. 0:00CR00121-001(RHK)

**HEARING WAIVER**

I, Brian Keith Crowe, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following:

The defendant shall reside for a period of 60 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed: Brian Crowe

Brian Keith Crowe

Witness: Joan L. White

Joan L. White
U.S. Probation Officer

Dated: 4-15-05

SCANNED
APR 20 2005
U.S. DISTRICT COURT ST. PAUL