PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Brian Keith Crowe**

**Docket No. 0:00CR00121-001(RHK)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Brian Keith Crowe** who was sentenced for Felon in Possession of a Firearm on November 27, 2000, by the Honorable Richard H. Kyle, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug and alcohol aftercare

On August 23, 2004, conditions were modified due to drinking and new criminal activity to include:

- 30 hours community service

On April 20, 2005, conditions were modified due to drug use and failing to report for drug testing to include:

- 60 days community corrections center placement

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance.

On May 10, 2005, the defendant submitted a drug test which tested positive for cocaine.

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On May 18, 2005, the defendant was stopped by the St. Paul police department and charged with traffic violations. On July 5, 2005, he pled guilty to Driving After Revocation and was sentenced to 7 days jail with credit for 7 days served, a $50 fine, and $77 in surcharges.

SCANNED
JUL 08 2005
U.S. DISTRICT COURT ST. PAUL

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 30 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility. This term of confinement to immediately follow the 60 days previously imposed on April 20, 2005.

ORDER OF THE COURT

Considered and ordered this 8th day of July, 2005, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White
U.S. Probation Officer

Executed on July 6, 2005
Place Bemidji

c: United States Sentencing Commission