A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

RECEIVED
FEB 6 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## District of Minnesota

2006 JAN 13 P 4: 12

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

RECEIVED
U.S. MARSHAL
ST PAUL MINN

V.

CASE NUMBER: **CR 00-121(1) RHK**

Brian Keith Crowe

0641-0117-0354-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Brian Keith Crowe

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Richard H. Kyle, United States District Court Judge.

January 13, 2006 at St. Paul, MN

(By) Mary Kay Furchner, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer ______________________ Signature of Arresting Officer ______________________

ARRESTED ON 2-2-06
ARRESTED BY Tribal Police
U.S. MARSHAL
DISTRICT OF MINNESOTA

SCANNED
FEB 07 2006
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

Modified 12/08/04