**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: BOYLAN |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 00-121(1) RHK |
| | ) | Date: 2/27/06 |
| BRIAN KEITH CROWE, | ) | Court Reporter: None |
| | ) | Tape Number: 2006- |
| Defendant. | ) | Time Commenced: 1:30 p.m. |
| | | Time Concluded: 1:35 p.m. |
| | | Time in Court: 5 Minutes |

APPEARANCES:

**Plaintiff:** Tracy Braun
Assistant U.S. Attorney

**Defendant:** Lyonel Norris

☐ FPD ☐ CJA ☐ Retained √ To be appointed

Date Charges Filed: 1/13/06 Offense: Violation of Supervised Release

√ Charges read into record ☐ Waived Reading of Charges √ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release √ Supervised Release

√ Government moves for detention.

Motion is: √ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

√ Preliminary revocation hearing was waived. The parties are to contact Judge Kyle's chambers to obtain a date for the final revocation hearing. Defendant shall remain in custody until the date of the revocation hearing.

s/Kathy Thobe
Signature of Judicial Assistant